# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# EL DORADO DIVISION

**MATTIE POINTS**                                      **PLAINTIFF**

vs.                          **CASE NO. CV-05-1111**

**BEVERLY ENTERPRISES, INC.; BEVERLY**            **DEFENDANTS**
**HEALTH AND REHABILITATION SERVICES,**
**INC.; and BEVERLY ENTERPRISES – ARKANSAS, INC.**
**D/B/A BEVERLY HEALTHCARE – EL DORADO**

## ORDER

Now on this 22nd day of November 2005, comes on to be heard the motion for remand (Doc. 2) in the above-styled and numbered cause, and the Court, proceeding upon the motion, and the stipulation signed by counsel for the parties, being well and sufficiently advised in the premises, orders that the above entitled cause be and the same is hereby remanded to the Circuit Court of Ashley County, Arkansas.

                                         /s/ Harry F. Barnes
                                         Hon. Harry F. Barnes
                                         U.S. District Judge