**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION**

**MATTIE POINTS**                                                                                 **PLAINTIFF**

**vs.**                                **CASE NO. CV-05-1111**

**BEVERLY ENTERPRISES, INC.; BEVERLY**                        **DEFENDANTS**
**HEALTH AND REHABILITATION SERVICES,
INC.; and BEVERLY ENTERPRISES – ARKANSAS, INC.
D/B/A BEVERLY HEALTHCARE – EL DORADO**

**AMENDED ORDER**

The Court's Order of November 22, 2005, (doc. 4) entered in the above-entitled lawsuit erroneously named the Circuit Court of Ashley County, Arkansas, as the court to which this lawsuit should be remanded, instead of the correct court, the Circuit Court of Union County, Arkansas. Accordingly, it is hereby ordered that the Court's Order of November 22, 2005, (doc. 4) be amended to read: "Now on this 22nd day of November 2005, comes on to be heard the motion for remand (Doc. 2) in the above-styled and numbered cause, and the Court, proceeding upon the motion, and the stipulation signed by counsel for the parties, being well and sufficiently advised in the premises, orders that the above entitled cause be and the same is hereby remanded to the Circuit Court of Union County, Arkansas."

**IT IS SO ORDERED** this 28th Day of November, 2005.

                                                     /s/ Harry F. Barnes
                                                       Hon. Harry F. Barnes
                                                       U.S. District Judge